USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
WHITNEY STEVENS and REGINA STEWART,  :
                                      :
                        Plaintiffs,   :
                                      :           20-CV-5103 (VEC)
            -against-                 :
                                      :                ORDER
                                      :
UBIQUS REPORTING INC., UBIQUS INC.,   :
UBIQUS SAS, and ELIZABETH COOK,       :
                                      :
                        Defendants.   X
-------------------------------------------------------------

VALERIE CAPRONI, District Judge:

    WHEREAS on July 2, 2020, Plaintiffs filed a Complaint in this action; and

    WHEREAS on August 26, 2020, Defendants' counsel filed notices of appearance;

    IT IS HEREBY ORDERED that Defendants must answer, move, or otherwise respond to the Defendants' Complaint by no later than **Friday, September 25, 2020**. If the Defendants fail to respond by that date, the Plaintiffs must move for a Default Judgment by no later than **Friday, October 2, 2020**.

**SO ORDERED.**

Date: **September 14, 2020**
      New York, NY

                                    **VALERIE CAPRONI**
                                    **United States District Judge**